# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**TODD LAWRENCE LAVERE**
    Plaintiff
vs.                            CASE NUMBER: 7:12-CV-531 (TJM)

**COMMISSIONER OF SOCIAL SECURITY**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court AFFIRMS the final decision of the Commissioner.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 5th day of September, 2013.

DATED: September 5, 2013

*Lawrence K. Baerman*
Clerk of Court

S/   Nicole Killius,
     Deputy Clerk